# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:12CR00003-008 |
| CHRISTOPHER LOUGHMILLER ) | USM No: 10479-028 |
| ) | |
| Date of Original Judgment: 06/26/2013 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to USSG §1B1.10(b)(2)(A), except in cases involving substantial assistance, the Court shall not reduce the term of imprisonment under 18 U.S.C. §3582(c) to a term that is less than the minimum of the amended guideline range. Mr. Loughmiller received a downward variance sentence, not related to substantial assistance. Because the originally imposed sentence is already below the low end of the amended guideline range, he is not eligible for a sentence reduction pursuant to Amendment 782.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/2/2019

Effective Date: _____
*(if different from order date)*

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Counsel of Record via CM/ECF

**Copy via United States Mail to:**

**Christopher Loughmiller #10479-028
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959**